# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| UNIVERSITY OF FLORIDA RESEARCH FOUNDATION, INC., ) ) ) Plaintiff, ) ) vs. ) ) ) PHILIPS ELECTRONICS ) NORTH AMERICA CORP., ) ) Defendants. ) | C. A. No. 1:16-cv-00014-MW-GPJ  Jury Trial Demanded |

## JOINT NOTICE OF SETTLEMENT

Pursuant to N.D. Fla. Loc. R. 16.2, Plaintiff University of Florida Research Foundation ("Plaintiff") and Defendants Koninklijke Philips N.V. and Philips Electronics North America Corp. ("Defendants") hereby report to the Court that both parties have agreed to a settlement in this case.

| | |
|---|---|
| Dated: September 8, 2016 | Respectfully submitted, |

| | |
|---|---|
| /s/ *John D. Jopling* | /s/ *Thomas A. Zehnder* |
| John D. Jopling, | Thomas A. Zehnder |
| Florida Bar No. 348104 | Florida Bar No. 0063274 |
| jjopling@dellgraham.com | Taylor F. Ford |
| kgregory@dellgraham.com | Florida Bar No. 0041008 |
| **DELL GRAHAM, P.A.** | **KING, BLACKWELL, ZEHNDER &** |
| 203 N.E. First Street | **WERMUTH, P.A.** |
| Gainesville, FL 32601 | P.O. Box 1631 |
| Telephone: (352) 372-4381 | Orlando, FL 32802-1631 |
| Facsimile: (352) 376-7415 | Telephone: (407) 422-2472 |
| | Facsimile: (407) 648-0161 |
| Michael W. Shore | tzehnder@kbzwlaw.com |
| (Texas Bar No. 18294915, | tford@kbzwlaw.com |
| admitted *pro hac vice*) | |
| mshore@shorechan.com | Frank A. DeCosta III* |
| Alfonso Garcia Chan | Aliza A. George* |
| (Texas Bar No. 24012408, | **FINNEGAN, HENDERSON,** |
| admitted *pro hac vice*) | **FARABOW, GARRETT & DUNNER** |
| achan@shorechan.com | **LLP** |
| Andrew M. Howard | 901 New York Avenue, NW |
| (Texas Bar No. 24059973, | Washington, DC 20001 |
| admitted *pro hac vice*) | Telephone: (202) 408-4000 |
| ahoward@shorechan.com | Facsimile: (202) 408-4400 |
| **SHORE CHAN DEPUMPO LLP** | frank.decosta@finnegan.com |
| 901 Main Street, Suite 3300 | aliza.george@finnegan.com |
| Dallas, TX 75202 | |
| Telephone: (214) 593-9110 | COUNSEL FOR DEFENDANT |
| Facsimile:  (214) 593-9111 | PHILIPS ELECTRONICS NORTH |
| | AMERICA CORP. |

Gerald B. Hrycyszyn
(BBO No. 675201,
admitted *pro hac vice*)
ghrycyszyn@wolfgreenfield.com
**WOLF, GREENFIELD & SACKS, P.C.**
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Facsimile:  (617) 646-8646

ATTORNEYS FOR PLAINTIFF
UNIVERSITY OF FLORIDA
RESEARCH FOUNDATION, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *John D. Jopling*
John D. Jopling

3