# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UNIVERSITY OF FLORIDA**
**RESEARCH FOUNDATION, INC.,**

    **Plaintiff,**

**v.**                                          **Case No: 1:16cv14-MW/GRJ**

**PHILIPS ELECTRONICS**
**NORTH AMERICA CORP.,**

    **Defendant.**

_____/

## ORDER FOR DISMISSAL

The parties have filed a Joint Motion to Dismiss. ECF No. 41. The motion is **GRANTED**. The Clerk must enter judgment stating, "Plaintiff's claims against Defendant are dismissed with prejudice. The parties shall bear their own attorney's fees and costs." The Clerk shall close the file.

**SO ORDERED on September 9, 2016.**

                                        **s/Mark E. Walker**
                                        **United States District Judge**