# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNIVERSITY OF FLORIDA
RESEARCH FOUNDATION INC

      VS                                    CASE NO.  1:16-cv-00014-MW-GRJ

KONINKLIJKE PHILIPS NV, PHILIPS
ELECTRONICS NORTH AMERICA
CORPORATION

## JUDGMENT

Plaintiff's claims against Defendant are dismissed with prejudice. The parties

shall bear their own attorney's fees and costs.

                                  JESSICA J. LYUBLANOVITS
                                  CLERK OF COURT

                                  s/JUDITH STONE

 September 9, 2016
DATE                                 Deputy Clerk: Judith Stone